UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
AVENTURA TECHNOLOGIES, INC.,

                     Plaintiff,

                                              **ORDER ADOPTING R&R**
-against-                                       13-CV-1097 (DRH)(GRB)

THE WORLD OF RESIDENSEA II, LTD.,

                     Defendant.
------------------------------------------------------X

**HURLEY, Senior District Judge:**

      Presently before the Court is the Report and Recommendation (R&R), dated August 29, 2019, of Magistrate Judge Gary R. Brown recommending that the Court grant Defendant The World of Residensea II, Ltd.'s ("Defendant's") motion to vacate the entry of default judgment and deny Plaintiff Aventura Technologies, Inc.'s ("Plaintiff's") motion for default judgment. The time to file objections has expired, and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. As such, the Court adopts the August 29, 2019 R&R of Judge Brown as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's motion to vacate the default judgment is granted and Plaintiff's motion for default judgment is denied. The Clerk of Court is directed to vacate the entry of default dated November 15, 2018.

Dated: Central Islip, N.Y.
       September 20, 2019                         /s  Denis R. Hurley
                                                   Denis R. Hurley
                                                   United States District Judge